# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

K&F RESTAURANT HOLDINGS,
LTD., D/B/A IZZO'S ILLEGAL
BURRITO, K&F RESTAURANT
OPERATIONS, LLC, AND OSVALDO
FERNANDEZ

VERSUS

ROUSE'S ENTERPRISES, LLC AND
DONALD J. ROUSE, JR.

NO.  2019 CW 1406

**FEB 1 8 2020**

---

In Re:   Rouse's Enterprises, L.L.C. and Donald J. Rouse, Jr.,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 681345.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court judgment of September 24,
2019 that denied the exception of lis pendens filed by
defendants is reversed. La. Code Civ. P. art. 531 provides that
when two or more suits are pending in a Louisiana court on the
same transaction or occurrence, between the same parties in the
same capacities, the defendant may have all but the first suit
dismissed by excepting thereto. The action entitled **Donald J.
Rouse, Jr., Donald J. Rouse, Sr., Thomas B. Rouse, Allison Rouse
Royster, and Rouse's Enterprises, LLC v. K&F Restaurant
Holdings, Ltd., d/b/a Izzo's Illegal Burrito, K&F Restaurant
Operations, LLC, G&O Pizza Holdings, Ltd. d/b/a Lit Pizza, G&O
Restaurant Operations, LLC and Osvaldo Fernandez**, docket number
137,108, filed in the 17th Judicial District Court was pending
against plaintiffs herein, K&F Restaurant Holdings, Ltd., d/b/a
Izzo's Illegal Burrito, K&F Restaurant Operations, LLC, and
Osvaldo Fernandez, in the same capacities arising from the same
transaction or occurrence when this action was filed.
Accordingly, the exception of lis pendens filed by defendants,
Rouse's Enterprises, L.L.C. and Donald J. Rouse, Jr., is
granted, and this action filed by plaintiffs, K&F Restaurant
Holdings, Ltd. d/b/a Izzo's Illegal Burrito, K&F Restaurant
Operations, LLC, and Osvaldo Fernandez, is dismissed, without
prejudice.

**TMH
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT